```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
U.S. EQUAL EMPLOYMENT OPPORTUNITY  :
COMMISSION,                        :
                                   :
                   Plaintiff,      :    18-CV-7376 (VEC)
                                   :
        -against-                  :         ORDER
                                   :
JEWISH BOARD OF FAMILY AND         :
CHILDREN'S SERVICES, INC.,         :
                                   :
                   Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2021, the Court issued an order to show cause why this case should not be dismissed by September 27, 2021 (Dkt. 7); and

WHEREAS no such filing has been made;

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date: September 28, 2021
      New York, NY

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**